United States District Court
Southern District of Texas
**ENTERED**
January 13, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARK LACROSS, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:14-CV-3403 |
| LIBERTY INSURANCE CORPORATION, | § § § | |
| Defendant. | § | |

### ORDER

Before the Court is the Magistrate Court's Memorandum and Recommendation filed December 19, 2016 (Doc. #32), and Defendants' Objections (Doc. #33). The Magistrate Court's findings and conclusions are reviewed de novo. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). Having considered the arguments and the applicable law, this Court adopts the Memorandum and Recommendation as this Court's Order.

It is so ORDERED.

JAN 1 3 2017
_____         _____
Date                                                         The Honorable Alfred H. Bennett
                                                                   United States District Judge